No. 711. PEALE, PEACOCK & KERR OF NEW YORK, PETI-TIONER, *v.* JOHN M. GRAHAM. January 3, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals

for the First Circuit denied. *Mr. Ezra R. Thayer* for petitioner. *Mr. Robert M. Morse* and *Mr. William M. Richardson* for respondent.